[No. 18836-8-II.    Division Two.    March 28, 1997.]

GARY STEVENS, *Appellant*, v. THE CITY OF CENTRALIA, *Respondent.*

Appeal from a judgment of the Superior Court for Lewis County, No. 92-2-01156-3, David R. Draper, J., entered November 3, 1994. *Affirmed in part* and *reversed in part* by unpublished opinion per Houghton, C.J., concurred in by Morgan, J., and Turner, J. Pro Tem. Now published at 86 Wn. App. 145.

[No. 19462-7-II.    Division Two.    March 28, 1997.]

RUSSELL A. WELLS, *as Personal Representative, Respondent*, v. SHEILA J. FRASER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-01707-7, Brian M. Tollefson, J., entered April 28, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Hunt, JJ.

[No. 19590-9-II.    Division Two.    March 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. HUGH LEVI BANKSTON, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 95-1-00157-6, Wm. Thomas McPhee, J., entered May 11, 1995. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Armstrong, JJ.

[No. 19613-1-II.    Division Two.    March 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD DELESDERNIER, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 95-1-00099-6, H. John Hall, J., entered June 14, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Seinfeld, J.